AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF **Mass.**

**APPEARANCE**

*Fabio Lopez-Yepes*

Case Number: **M504-M207-JLA**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

*5-19-04*
Date

*Lenore Glaser*
Signature

**LENORE GLASER**
Print Name                                    Bar Number

*25 Kingston St, #600*
Address

*Boston,        MA         02111*
City              State          Zip Code

*617 753-9988        617 338-2115*
Phone Number              Fax Number

FILED
In Open Court
USDC, Mass.
Date 5-19-04
By G.G.
Deputy Clerk