# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  X DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: UNITED STATES v.s. **Lopez-Yepez**

FOR / AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **FABIO ALBERTO LOPEZ YEPES**

1. X Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: **MJ04-M-207**
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →): X Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: **IN CUSTODY at IMMIGRATION SRV.**
- IF YES, how much do you earn per month? $ **for 22 MONTHS**
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED: $ _____   SOURCES: _____

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT.  VALUE: _____ DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ___ SINGLE, ___ MARRIED, ___ WIDOWED, ___ SEPARATED OR DIVORCED
Total No. of Dependents: **0**
List persons you actually support and your relationship to them: _____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (List all creditors, including banks, loan companies, charge accounts, etc.)
APARTMENT OR HOME: _____
Creditors: **RESTITUTION (BMC)**  Total Debt: $ **5,000**  Monthly Paymt: $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): **5-19-04**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **Fabio A. Lopez**  5-19-04