AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

v.

FABIO Lopez Yepes

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: MJ04-m-207JLA

I, __FABIO LOPEZ YEPES__, charged in a (complaint) (petition) pending in this District with (Massachusetts) _failure to apply for removal documents_ in violation of Title __8__, U.S.C., __1254__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X _Fabio Lo-y_
Defendant

__5-18-04__
Date

_Lenne Glaze_
Counsel for Defendant



FILED
In Open Court
USDC Mass.
Date 5-19-04
By ___
Deputy Clerk