UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.                      )<br>)<br>FABIO LOPEZ-YEPES            ) | Criminal No. MJ04-M-207-JLA |

**ASSENTED-TO MOTION TO RELEASE DEFENDANT
TO CUSTODY OF ICE FOR DEPORTATION**

The United States, with the assent of the defendant, moves the Court to order defendant Fabio Lopez-Yepes ("Lopez-Yepes") released into the custody of agents of United States Immigration and Customs Enforcement (ICE), formerly INS, no later than Thursday, July 22, 2004, so that he can be deported to Columbia on July 23, 2004, (with the Complaint to be dismissed thereafter). In support of its motion, the government says the following:

  1. Lopez-Yepes was arrested on a Complaint charging him with failure to sign travel documents necessary for his deportation in violation of 8 U.S.C. § 1227(a). He is currently detained.

  2. Lopez-Yepes has recently voluntarily signed travel documents permitting his deportation to Columbia.

  3. Lopez-Yepes is now scheduled to be deported to Columbia on the morning of Friday, July 23, 2004. For this to occur, he must be released to ICE custody on or before Thursday, July 22,

2004. Lopez-Yepes will remain in ICE custody from the time of his release on or before Thursday, July 22, 2004, until his deportation on July 23, 2004.

4. Upon his deportation to Columbia, the government will dismiss the pending Complaint.

Wherefore, the government, with the assent of the defendant, request, that the Court order the defendant to be released to the custody of ICE on or before Thursday, July 22, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Assented To:
Fabio Lopez-Yepes,
by his counsel

_____ (C.F.B.)
Lenore Glaser, Esq,.
25 Kingston Street
6th Floor
Boston, MA 02111


CERTIFICATE OF SERVICE

I, CHRISTOPHER F. BATOR, certify that I have served a copy of this motion upon Lenore Glaser, Esq., 25 Kingston Street, 6th Floor, Boston, MA 02111 by hand delivery.

_____
CHRISTOPHER F. BATOR
Assistant U.S. Attorney

Date: 7/19/04