UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )   Criminal No. MJ04-M-207-JLA<br>)<br>FABIO LOPEZ-YEPES           ) | |

**DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America dismisses the Complaint charging the defendant with failing or refusing to make timely application for travel or other documents necessary to his departure in violation of 8 U.S.C. §1253(a)(1)(B). As grounds for the dismissal, the government states that in accordance with an agreement of the parties, the defendant executed removal documents and has been deported to Columbia. Accordingly, further prosecution of the subject offense would not be in the interest of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ James B. Farmer
JAMES B. FARMER
Chief, Criminal Division

Leave to File Granted:

/S/ Joyce London Alexander
JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE

Date: 12/28/04

STEPHEN P. HEYMANN
Deputy Chief, Criminal Division

CHRISTOPHER F. BATOR
Assistant U.S. Attorney